THE· PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LUCIUS E. HOLDEN, Respondent.

(Argued June 22, 1893 ; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made December 9, 1892, which reversed a judgment convicting defendant of the crime of selling liquor without a license entered upon a verdict of the Court of Sessions of Tompkins county and ordered a new trial.

*J. H. Jennings, District Attorney,* for appellant.

*M. N. Tompkins* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.